## No. 4421.

ROBERT P. TENDICK vs. MARY A. LASTRAPES, WIFE OF A. G. LASTRAPES, ET AL.

In this case there is ample authentic evidence to warrant the writ of seizure and sale, consisting of an act of mortgage in due form and a note identified therewith. Any other matters of defense beyond the sufficiency of the evidence on which the judge *a quo* issued his order, and such as may relate to the validity of the obligation and the proceedings following the issuance of the writ, must be raised in another form of action.

APPEAL from the Fourth District Court, parish of Orleans. *Theard, J. Rice & Whitaker,* for plaintiff and appellee. *James & Joseph Brewer,* for defendants and appellants.

HOWELL, J. This is an appeal from an order of seizure and sale, on which by the well-settled jurisprudence of this court the only question to be examined is the sufficiency of the evidence on which the judge *a quo* issued his order.

In this case we find ample authentic evidence to warrant the writ,

consisting of an act of mortgage in due form and a note identified therewith.

Any other matters of dispute, relating to the validity of the obligation, the proceedings following the issuance of the writ, etc., must be raised in another form of action.

Judgment affirmed.